FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 0 2 2010

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:10CR 159 |
| v. | § | Judge Schell |
| | § | |
| ALEC HAMID | § | |

## ELEMENTS OF THE OFFENSE

TO THE HONORABLE Judge Schell, UNITED STATES JUDGE FOR THE EASTERN DISTRICT OF TEXAS:

21 U.S.C. § 846, makes it a crime for anyone to conspire with someone else to commit a violation of certain controlled substances laws of the United States. In this case, the defendant is charged with conspiring to manufacture or distribute or possess with intent to manufacture or distribute a controlled substance or controlled substances.

A "conspiracy" is an agreement between two or more persons to join together to accomplish some unlawful purpose. It is a kind of "partnership in crime" in which each member becomes the agent of every other member.

The elements of conspiracy are:

First: That two or more persons, directly or indirectly, reached an agreement to manufacture or distribute or possess with intent to manufacture or distribute a controlled substance or controlled substances.

Second: That the defendant knew of the unlawful purpose of the agreement; and

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

Respectfully submitted,

JOHN M. BALES
United States Attorney

Heather Rattan
Assistant United States Attorney
Texas Bar No. 19349300
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201

## Certificate of Service

I hereby certify a true and correct copy of the foregoing was served by email Phillip Linder this the 30th day of July 2010.

Heather Rattan

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | 4:10 |
| | § | Cause No. ~~4:09~~CR 159 |
| VS. | § | Judge Schell |
| | § | |
| ALEC HAMID | § | |

## WAIVER OF INDICTMENT

I, ALEC HAMID, the above named defendant, who is accused in the Eastern District of Texas of knowingly or intentionally conspiring or agreeing with Adam Hamid or with other co-conspirators or with other persons known or unknown to the United States Attorney to knowingly or intentionally possess with the intent to distribute or distribute two (2) kilograms of a mixture or substance which contains cocaine, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on

_____, 2010, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ALEC HAMID,
Defendant

_____
PHILIP LINDER,
Attorney for Defendant

BEFORE:

_____
JUDICIAL OFFICER

WAIVER OF INDICTMENT
ALEC HAMID - Page 1