DATE 04/18/12 CASE NUMBER 4:10cr159
LOCATION Plano USA Heather Rattan Assigned
JUDGE RICHARD SCHELL VS Heather Rattan Appeared
DEPUTY CLERK B Sanford
RPTR/ECRO Jerry Kelley
TAPE # B E
USPO Elizabeth McAlpin
INTERPRETER:
BEGIN 4:48 pm / 5:27 pm

ALEC HAMID
Defendant
Phillip Linder
Attorney

## SENTENCING

X . . . . . . Sentencing held

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 46 months | | | | 3 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

Objection 1, 3, 6 - A resolution of these objections is not necessary.
Objection 7 - No ruling is necessary.
Objection 8- overruled.

The court adopts the facts as set forth in the presentence report.

Defendant's motion for 5K2.20 denied.
Defendant's motion for 5K2.12 denied.

Defendant to receive credit for 105 days for time served on the now dismissed Denton case.

-The court recommends drug and alcohol treatment while incarcerated.
-The court recommends FCI Texarkana.
-Defendant to voluntary surrender on 6/15/12 at 2:00 p.m.

X . . . . . . **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118** ☐ See reverse/attached for additional proceedings

__________Adjourn